UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE

<u>Deborah Davis</u>

    v.                                    Case No. 04-cv-409-PB

<u>Riverbend Community
Mental Health, Inc.</u>

**O R D E R**

The clerk shall remove the case from the trial list. On or before April 21, 2006, the parties shall file a joint statement describing the efforts that they have made and will make to settle this case.

SO ORDERED.

                                            /s/Paul Barbadoro
                                          Paul Barbadoro
                                          United States District Judge

March 14, 2006

cc:  Cindy Robertson, Esq.
     William Pandolph, Esq.
     Timothy Gudas, Esq.